**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ANTWONNE TURNER,
1900 Third Street, N.E., 113
Washington, D.C. 20002

    *Plaintiff*,

    v.

ATTORNEY GENERAL OF THE UNITED
STATES,
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

U.S. ATTORNEY FOR THE DISTRICT OF
COLUMBIA,
555 4th Street, N.W.
Washington, D.C. 20530

FEDERAL BUREAU OF PRISONS,
320 First Street, N.W.
Washington, D.C. 20543

ATTORNEY GENERAL OF DISTRICT OF
COLUMBIA,
400 6th Street, N.W.
Washington, D.C. 20021

MAYOR OF DISTRICT OF COLUMBIA,
1350 Pennsylvania Avenue, N.W., #406
Washington, D.C. 20004

    *Defendant*.

Civil Action No. 21-2440

**<u>NOTICE OF REMOVAL OF A CIVIL ACTION</u>**

Defendants, Attorney General of the United States, U.S. Attorney for the District of

Columbia, and Federal Bureau of Prisons, through undersigned counsel, hereby files this Notice

of Removal pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446.  In support of this Notice, Defendant

states as follows:

1.  Attorney General of the United States, U.S. Attorney for the District of Columbia and Federal Bureau of Prisons are named as a defendant in the civil action styled *Antwonne Turner vs. Attorney General of the United States*, Civil Action No. 2021 SC2 000828, now pending in the Superior Court of the District of Columbia. *See* Exhibit A (Complaint).

2.  This action was filed by Antwonne Turner ("Plaintiff") in the Superior Court of the District of Columbia on August 13, 2021. *Id.*

3.  It appears that Plaintiff alleges the loss of personal funds while he was incarcerated at the Federal Bureau of Prisons.

4.  Defendants Attorney General of the United States, U.S. Attorney for the District of Columbia, and Federal Bureau of Prisons are agencies of the United States. Removal of this matter is, therefore, authorized pursuant to 28 U.S.C. § 1442(a)(1).

5.  A notice of filing of this Notice of Removal will be filed in the Superior Court of the District of Columbia.

WHEREFORE, the action now pending in the Superior Court of the District of Columbia is properly removed to this Court pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446.

Dated: September 16, 2021

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:  _____/s/ _Patricia McBride___
PATRICIA K. MCBRIDE
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530

2

Tel:    (202) 252-7123
Fax:    (202) 252-2599
Email: patricia.mcbride@usdoj.gov

*Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 16, 2021, I caused a copy of the foregoing Notice of

Removal of a Civil Action to be served upon the parties by first class mail marked for delivery

to:

ANTWONNE TURNER,
1900 Third Street, N.E., 113
Washington, D.C. 20002

ATTORNEY GENERAL OF DISTRICT OF COLUMBIA,
400 6th Street, N.W.
Washington, D.C. 20021

MAYOR OF DISTRICT OF COLUMBIA,
1350 Pennsylvania Avenue, N.W., #406
Washington, D.C. 20004

       /s/  *Patricia McBride*
PATRICIA K. MCBRIDE
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
Tel:   (202) 252-7123
Fax:   (202) 252-2599
Email: patricia.mcbride@usdoj.gov

4